JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THE ESTATE OF ALBERT PARK *et al.*,

Plaintiffs,

v.

COUNTY OF SAN BERNADINO *et al.*,

Defendants.

Case No. 5:25-cv-00941-CV (ACCVx)

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**[DOC. # 23]**

On August 5, 2026, Plaintiffs the Estate of Albert Park and Jill Christina Giles ("Plaintiffs") and Defendant County of San Bernadino ("Defendant," and with Plaintiff, the "Parties") filed a Stipulation of Dismissal. Doc. # 23 ("Stipulation").

The Court, having considered Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS the above-entitled action is hereby DISMISSED WITH PREJUDICE. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 8/10/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE